UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CHRISTIANAH AROWORA**

    Plaintiff(s),                                    No. C-**12-03152** EDL

    v.                                           **ORDER OF CONDITIONAL DISMISSAL**

**DIVERSIFIED COLLECTION SERVICES, INC.**

    Defendants.

_____/

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before November 15, 2012 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: September 14, 2012                                    *Elizabeth D. Laporte*
                                                                _____
                                                                ELIZABETH D. LAPORTE
                                                                United States Magistrate Judge