United States District Court
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    **CHRISTIANAH AROWORA**
9          Plaintiff(s),                    No. C-**12-03152** EDL
10         v.                               **ORDER OF CONDITIONAL DISMISSAL**
11   **DIVERSIFIED COLLECTION SERVICES, INC.**
12         Defendants.
                                    /
13
14
15         The parties hereto, by their counsel, having advised the Court that they have agreed to a
16   settlement of this case,
17         IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate
18   on or before November 15, 2012 for the purpose of proceeding with the litigation in the event a
19   settlement has not been completed prior to that date.  In the event a request to reinstate the case is not
20   filed and served on opposing counsel on or before the foregoing date, the dismissal will be with
21   prejudice.
22   IT IS SO ORDERED.
23
24   Dated: September 14, 2012
25                                            ELIZABETH D. LAPORTE
                                              United States Magistrate Judge
26
27
28